# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE C.R. DAVIS III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-17-646-M ) |
| EAGLE SECURITY, et al., | ) ) |
| Defendants. | ) |

## ORDER

On January 23, 2018, United Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action in which Plaintiff, a state prisoner who appears *pro se* and *in forma pauperis*, filed his complaint pursuant to 42 U.S.C. § 1983. The Magistrate Judge recommended this action be dismissed without prejudice for failure to effect service of process without showing good cause. Plaintiff was advised of his right to object to the Report and Recommendation by February 12, 2018. On February 1, 2018, plaintiff filed an objection to the Report and Recommendation. However, plaintiff did not address why he failed to timely serve the defendants or show good cause for his failure to effect timely service.

Accordingly, upon *de novo* review, the Court:

(1) ADOPTS the Report and Recommendation [Docket no. 17] issued by the Magistrate Judge on January 23, 2018; and

(2) DISMISSES this action without prejudice to refiling.

**IT IS SO ORDERED this 21st day of February, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE